SLIP OPINION

Cite as 2014 Ark. 197

# SUPREME COURT OF ARKANSAS

No. D-14-344

| | |
|---|---|
| IN RE DUSTIN DANIEL DYER, ARKANSAS BAR NO. 2003-082 | **Opinion Delivered** May 1, 2014<br><br>PETITION TO SURRENDER ARKANSAS LAW LICENSE<br><br><u>PETITION GRANTED</u>. |

## PER CURIAM

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of probable disbarment proceedings, of the license of Dustin Daniel Dyer of Benton, Saline County, Arkansas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his license to practice, filed with this court on April 18, 2014, Mr. Dyer acknowledges that the rules violations he is alleged to have committed likely would be proved at trial and would constitute serious misconduct as defined in section 17.B of the Arkansas Supreme Court Procedures Regulating Professional Conduct. Mr. Dyer also states that he wishes to avoid the expense, stress, and publicity of disbarment proceedings. The name of Dustin Daniel Dyer shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in the State of Arkansas.

It is so ordered.